AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Isaac Starke, #355498, and HRS
*Plaintiffs*
v.
Aiken County Department of Social Services; Aiken County Sheriff's Department; George A. Anderson, Attorney at Law; South Carolina Department of Correction; and Aiken County Detention Center (Jail),
*Defendants*

Civil Action No.     1:15-2621-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiffs shall take nothing of the Defendants and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:
❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges to dismiss.

Date:   October 7, 2015                              *CLERK OF COURT*

                                                    s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*